NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENTAIR WATER POOL AND SPA, INC.,**
*Plaintiff-Appellee*

v.

**HAYWARD INDUSTRIES, INC., HAYWARD POOL PRODUCTS, INC.,**
*Defendants-Appellants*

---

2015-1488

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-10280-GW-MRW, Judge George H. Wu.

---

**JUDGMENT**

---

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for plaintiff-appellee. Also represented by KENNETH J. BURCHFIEL, RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

LEE CARL BROMBERG, McCarter & English, LLP, Boston, MA, argued for defendants-appellants. Also represented by LORI JAYNE SHYAVITZ, AMY JOY TINDELL,

KEITH E. TOMS; SCOTT S. CHRISTIE, MATTHEW ADAM SKLAR, Newark, NJ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 8, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |